# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW A. DAVIS,
                    Appellant,
vs.
JO GENTRY, WARDEN; STATE OF
NEVADA, NDOC,
                    Respondent.

No. 75413

FILED

APR 16 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court decision vacating and closing an appeal from the justice court decision. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals several jurisdictional defects. Specifically, the notice of appeal appears to be prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). In addition, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-14402

cc: Hon. David M. Jones, District Judge
Matthew A. Davis
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A